United States District Court
Southern District of Texas
**ENTERED**
May 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CRIMINAL NO. 4:19-CR-00689 |
| § | |
| JAYDEN ALLEN, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

For good cause shown, the Government's Motion to Dismiss the Information (Dkt. No. 50) is GRANTED.

It is so ORDERED.

SIGNED on May 11, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge



U.S. MARSHAL SERVICE
RECEIVED

2023 MAY 19   AM 8: 38

CORPUS CHRISTI, TEXAS
SOUTHERN DISTRICT